# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

D-7

WRITER'S DIRECT DIAL (212) 447-4606
E-MAIL: asacks@rubinfiorella.com

October 21, 2005

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT**

Honorable Robert Levy
U.S. Magistrate Judge
Eastern District, U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Application granted. All dates extended 30 days. So Ordered.

Re: ROEHRIG MARITIME, LLC and TUG EMMA M. ROEHRIG LLC.
v. MAY SHIP REPAIR CONTRACTING CORP.
Civil No.: CV 05 726 (FB)
Date of Loss: 03/03/04
Our File No.: 117-4934

Dear Judge Levy:

We wrote Your Honor on May 27, 2005 suggesting the following discovery plan, which were approved at a preliminary status conference on:

- All written discovery concluded by December 8, 2005
- All depositions of fact witnesses concluded by January 8, 2006
- Plaintiff's expert reports due Monday, January 23, 2006
- All other parties, expert reports due February 26, 2006
- All depositions of experts to be concluded by March 1, 2006

Whilst we are proceeding "close to" schedule, it is felt that an additional thirty (30) days would allow timely completion of written discovery and fact witnesses, with the remainder following in step. Therefore, with agreement of counsel, we request that thirty (30) days be added to each of the deadlines set forth above.

We trust that the above is found in order and thank the Court for its guidance and assistance.

Yours respectfully,

Alan R. Sacks
/S

ARS/dg

Honorable Robert Levy
U.S. Magistrate Judge
Eastern District, U.S. Courthouse
October 21, 2005
Page 2

cc via fax:    John P. Connors, Jr.
                Connors & Connors
                766 Castleton Avenue
                Staten Island, New York 10310-9003

                Flora Edwards, Esq.
                61 Broadway, Suite 1105
                New York, New York 10006

                Jill Tobia Sorger, Esq.
                Tobia & Sorger Esqs., LLC
                22 Crestmont Road
                Montclair, N.J. 07042