UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE EMMA M. ROEHRIG and          X
ROEHRIG MARITIME, LLC.              CIVIL ACTION
                                 :
   Plaintiffs,                      INDEX: 05 CV 726 (FB)
                                 :
v.                                  ORDER FOR ADMISSION OF
                                    ATTORNEY STACY M. MANOBIANCA
                                 :  TO PRACTICE PRO HAC VICE
MAY SHIP REPAIR CONTRACTING
CORPORATION.                     :

   Defendant and Third-Party plaintiff,
                                 :
v.
                                 :
MILL METALS, INC. and LLOYD'S
UNDERWRITERS BRM SYNDICATE 1861.

   Third-Party Defendants.
_____X

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted. The admitted attorney Stacy M. Manobianca is permitted to argue or try this particular case in the whole or in part as counsel or advocate.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission <u>pro hac vice</u> for the above listed case will be made on the roll of attorneys.

The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other counsel in this case.

_____
United States ~~District~~ Judge

Dated: 12/19/05